IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HOZAY ROYAL,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

CIVIL NO. 09-3098

(Criminal No. 08-0001)

**FILED**

OCT 30 2009

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW this 29th day of October, 2009, upon consideration of Hozay Royal's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (paper nos. 53 and 55), the Government's response (paper no. 56), and Royal's reply (paper no. 57), it is ORDERED that:

1. The motion is **DENIED**.

2. Because there is no probable cause to issue a certificate of appealability, no certificate of appealability will issue.

_____
                                  J.