# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOZAY ROYAL, | : | |
| Petitioner, | : | |
| | : | CIVIL NO. 09-3098 |
| v. | : | |
| | : | (Criminal No. 08-0001) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |
| | : | |

## ORDER

AND NOW, this 5th day of January, 2010, upon consideration of Petitioner Hozay Royal's *pro se* Motion to Alter or Amend Judgment (paper no. 60), Royal's Amendment to Motion to Alter or Amend Judgment (paper no. 61), the Government's response thereto (paper no. 62), and Royal's Traverse to the Government's response (paper no. 63), it is **ORDERED** that:

1. The motion is **DENIED**.

2. There is no probable cause to issue a certificate of appealability.

/s/ Norma L. Shapiro
_____
J.